BOYLE, Respondent, v. GEORGE A. FULLER CO., Appellant. (No. 6815.) (Supreme Court, Appellate Division, First Department. February 5, 1915.) Appeal from Trial Term, New York County. Action by Martin Boyle against the George A. Fuller Company. Judgment for plaintiff, and defendant appeals. Reversed, and new trial ordered. Herbert C. Smyth, of New York City, for appellant. Jere-

miah A. O'Leary, of New York City, for respondent.

PER CURIAM. We do not think that the placing and maintenance of the uncovered pipe upon the floor was the proximate cause of the injury to the plaintiff, and therefore the finding of the jury that the defendant's negligence caused the plaintiff's injury was without evidence to sustain it. The judgment and order must be reversed, and a new trial ordered, with costs to appellant to abide the event.